DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BRIAN KABLITZ,**
Appellant,

v.

**STATE OF FLORIDA** and **DEPARTMENT OF CORRECTIONS,**
Appellees.

No. 4D17-3347

[July 5, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; David French, Judge; L.T. Case No. 502017CA009692XXXXMB(AJ).

Brian Kablitz, South Bay, pro se.

Pamela Jo Bondi, Attorney General, and Gayla Grant, Assistant Attorney General, Tallahassee, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and CIKLIN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***